IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-0475-WDM-MJW

ECHOSTAR SATELLITE LLC, et al.,

    Plaintiffs,

v.

CLAUDIA RAMIREZ,
AQUILES RAMIREZ AND
JOHN DOES 1-10,

    Defendants.

---

**NOTICE OF DISMISSAL**

---

The court takes notice of Plaintiffs' Dismissal of Defendants John Does 1-10 Without Prejudice in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed without prejudice each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on October 31, 2005.

                              BY THE COURT:

                              /s/ Walker D. Miller
                              United States District Judge

PDF FINAL